IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 05-cv-00477-PSF-CBS

ALBERTSON'S, INC., a Delaware Corporation

     Plaintiff,

v.

R.A.S. BUILDERS, INC., a Colorado Corporation,
ROBERT A SHUPE, and
MICHAEL BROWN,

     Defendants

---

ORDER GRANTING MOTION FOR WITHDRAWAL OF APPEARANCE OF
LISA E. FRANKEL & SUBSTITUTION OF R. WILLIAM ROWE AS COUNSEL

---

     Defendant R.A.S.. Builders, Inc.'s Motion for Withdrawal of Appearance of Lisa E. Frankel & Substitution of R. William Rowe as Counsel (Dkt. # 24) is GRANTED.

     IT IS ORDERED Lisa E. Frankel shall be allowed to withdraw her appearance in this matter and R. William Rowe is hereby substituted as counsel to represent the Defendant R.A.S. Builders, Inc. in this matter.

     Law firms are not permitted to enter appearances on behalf of parties. *See* D.C. Colo.LCivR 11.1A and 83.3B.

     DATED August 19, 2005.

                                    BY THE COURT:

                                      s/ Phillip S. Figa
                                      _____
                                      Phillip S. Figa
                                      United Stated District Judge