IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 05-cv-00477-PSF-CBS

ALBERTSON'S, INC., a Delaware corporation,

    Plaintiff,

v.

R.A.S. BUILDERS, INC., a Colorado corporation;
ROBERT A. SHUPE; and
MICHAEL BROWN,

    Defendants.

## ORDER DISMISSING ACTION WITH PREJUDICE

Plaintiff Albertson's, Inc. and Defendants R.A.S. Builders, Inc., Robert A. Shupe, and Michael Brown's Motion for Dismissal With Prejudice (Dkt. # 36) is GRANTED.

IT IS HEREBY ORDERED that the above-captioned action is dismissed, including all counterclaims and cross-claims, with prejudice and on the merits.

DATED: March 16, 2006

                            BY THE COURT:

                            *s/ Phillip S. Figa*
                            _____
                            Phillip S. Figa
                            United States District Judge